## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**MICHAEL PHILLIP ZEY**                                                          **PLAINTIFF**

**v.**                                                    **CAUSE NO. 1:11-CV-363-LG-JMR**

**STATE OF MISSISSIPPI, et al.**                                        **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.

Pursuant to the Memorandum Opinion and Order issued this date and incorporated

herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is

DISMISSED WITH PREJUDICE for failure to state a claim.

**SO ORDERED AND ADJUDGED** this the 24th day of February, 2012.


s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE